Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181


Invoice submitted to:
Mid-Manhattan Hotel Associates LLC


May 01, 2014

In Reference To: The Strand Hotel NYC
33 West 37th St.
New York, NY 10018

Invoice #12974

Professional Services

| | Hours | Amount |
|---|---|---|
| **LAF** | | |
| 10/19/2013 Phone call(s) with Mr. Stern (.4) | 0.40 | 170.00 |
| 10/20/2013 Phone call(s) with Ms. Durbin | 0.40 | 170.00 |
| 10/30/2013 Reviewing initial presuit report of expert Durbin (.6); Reviewing ADAAG (.3) | 0.90 | 382.50 |
| 10/31/2013 Preparing Complaint and letter to clients | 1.00 | 425.00 |
| 11/6/2013 Preparing letter to Ms. Durbin | 0.40 | 170.00 |
| 11/26/2013 Reviewing Order to Show Cause (1.0); Phone call(s) with client to discuss Order (.4); Reviewing Thirty Thirty case cited in the Order (.7); Reviewing other decision of Judge Freeman addressing standing (GT case)(1.3) | 3.40 | 1,445.00 |
| 11/27/2013 Legal Research into issue of standing including recent decisions (1.8); Reviewing Trump decision on standing (.8); Reviewing Houston v. Marod (.8); Preparing Amended Complaint (1.0) | 4.40 | 1,870.00 |
| 11/29/2013 Reviewing Kreishler v. Second Avenue Diner regarding standing (.8); starting to prepare Memorandum of Law in Response to Order to Show Cause (4.3) | 5.10 | 2,167.50 |
| 12/2/2013 Continuing to prepare Memorandum of Law | 2.70 | 1,147.50 |
| 12/9/2013 Continuing to make revisions to Response to Order to Show Cause | 3.20 | 1,360.00 |
| 12/23/2013 Reviewing note from opposing counsel (.3); Phone call(s) with opposing counsel (.4); Reviewing Defendant's proposed Stipulation and Order (.5) | 1.20 | 510.00 |


EXHIBIT A

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 12/24/2013 | Reviewing Defendant's Notice of Appearance (.2); Reviewing letter from opposing counsel to Judge dated 12/23/13 (.3); Reviewing Defendant's Rule 7.1 Corporate Disclosure (.3) | 0.80 | 340.00 |
| 1/16/2014 | Reviewing Court's Notice of Initial Pretrial Conference (.4); Reviewing Individual Rules of Judge Furman (.6) | 1.00 | 425.00 |
| 1/23/2014 | Preparing Rule 26(a)(1) Initial Disclosures (.6); Preparing Expert Disclosures (.7); Reviewing Court's Civil Case Management Plan (.5); Preparing letter to opposing counsel (.6) | 2.30 | 977.50 |
| 1/27/2014 | Reviewing Defendant's 19 page Response to Order to Show Cause (2.8); Reviewing Defendant's Exhibits 1-7 in support of Defendant's position (2.1); Reviewing Defendant's Declaration of Mr. Loizos (.3); Phone call(s) with client (.5) | 5.70 | 2,422.50 |
| 1/28/2014 | Starting to prepare Plaintiff's Reply to Defendant's Response | 4.30 | 1,827.50 |
|  | Preparing Affidavit of Nelson Stern | 2.00 | 850.00 |
| 2/10/2014 | Reviewing letter from opposing counsel to Court dated 2/5/14; Preparing letter to Court (.6) | 1.00 | 425.00 |
| 2/11/2014 | Reviewing Order of 2/10/14 | 0.20 | 85.00 |
| 2/12/2014 | Reviewing Order of 2/11/14 (.4); Reviewing Aguilar v. Immigration (.7); Phone call(s) with client to advise of Court Order of 2/11/14 (.3) | 1.40 | 595.00 |
| 2/13/2014 | Phone call(s) with opposing counsel concerning proposed Civil Case Management Plan, standing, and proposed settlement (.7); Phone call(s) with client (.3); legal research into decisions in 2nd Circuit and NY District regarding Standing (1.3) | 2.30 | 977.50 |
| 2/16/2014 | Reviewing Defendant's Answer to Amended Complaint, and 16 Affirmative Defenses | 1.00 | 425.00 |
| 2/18/2014 | Reviewing Defendant's settlement proposal (.5); Phone call(s) with client to discuss terms of Defendant's settlement proposal (.4); Preparing letter to opposing counsel (.4) | 1.30 | 552.50 |
| 2/21/2014 | Reviewing letter from opposing counsel dated 2/20/14 (.4); Preparing note to opposing counsel (.2); Phone call(s) with opposing counsel to discuss potential settlement and proposed Case Management Order (.4) | 1.00 | 425.00 |
| 2/23/2014 | Reviewing note from opposing counsel dated 2/23/14, along with Defendant's proposed letter to Court (.8); Reviewing Defendant's proposed Civil case Management Plan and Scheduling Order (1.2) | 2.00 | 850.00 |
| 2/24/2014 | Phone call(s) with opposing counsel pursuant to Rule 26 (f)(.5); revising letter to Court and proposed Scheduling Order (.7) | 1.20 | 510.00 |
| 2/26/2014 | Travel to N.Y. from Florida for hearing on 3/3/14 (6hrs/2=3.0) | 3.00 | 1,275.00 |

|  | Hours | Amount |
|---|---|---|
| 2/27/2014 Phone call(s) with opposing counsel | 0.40 | 170.00 |
| 2/28/2014 Reviewing file in preparation for hearing set for 3/3/14 | 1.20 | 510.00 |
| 3/3/2014 Attending court hearing (3.0); traveling from N.Y. to Miami (6hrs/2=3.0) | 6.00 | 2,550.00 |
| 3/5/2014 Reviewing Court Orders of 3/5/14 | 0.40 | 170.00 |
| 3/6/2014 Reviewing note from opposing counsel regarding court jurisdiction after settlement (.3); legal research into jurisdiction to address Defendant's note of 3/5/14 (.6); Preparing note to opposing counsel (.4) | 1.30 | 552.50 |
| 3/7/2014 Reviewing letter from opposing counsel dated 3/7/14 | 0.30 | 127.50 |
| 3/10/2014 Reviewing note from opposing counsel dated March 10, 2014, along with Defendant's revised Settlement Agreement | 1.00 | 425.00 |
| 3/11/2014 Preparing letter to opposing counsel (.4); Preparing revisions to Defendant's proposed Settlement Agreement of 3/10/14 (.6) | 1.00 | 425.00 |
| 3/12/2014 Reviewing note from opposing counsel dated 3/12/14, along with Defendant's proposed changes of 3/12/14 (.4); Phone call(s) with opposing counsel (.4); Preparing note to opposing counsel (.2) | 1.00 | 425.00 |
| 3/13/2014 Reviewing file from opposing counsel to Mr. Hampton (.2); Phone call(s) with Mag Pittman (.2) | 0.40 | 170.00 |
| 3/14/2014 Preparing letter to opposing counsel | 0.40 | 170.00 |
| 3/21/2014 Reviewing note from opposing counsel dated 3/20/2014 (.3); Phone call(s) with opposing counsel (.2); Preparing letter to Court (.4) | 0.90 | 382.50 |
| 3/25/2014 Preparing letter to opposing counsel (.4) | 0.40 | 170.00 |
| 4/7/2014 Phone call(s) with opposing counsel to discuss fee dispute | 0.30 | 127.50 |
| 4/8/2014 Starting to prepare fee application | 3.60 | 1,530.00 |
| 4/11/2014 Making final changes to fee application | 1.40 | 595.00 |
| 4/27/2014 Reviewing Defendant's Declaration In Opposition To Fee Application and Reviewing Exhibits A thru K (1.8) | 1.80 | 765.00 |
| 4/30/2014 Starting to prepare Reply To Defendant's Declaration (3.4) | 3.40 | 1,445.00 |
| 5/1/2014 Continuing to prepare Reply to Defendant's Declaration and reviewing applicable case law (3.2) | 3.20 | 1,360.00 |
| SUBTOTAL: | [ 82.00 | 34,850.00] |

Mid-Manhattan Hotel Associates LLC

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Z-Paralegal** | | |
| 10/30/2013 | Reviewing Deed (.3); Reviewing ownership records (.5); Reviewing Real Property Transfer Report (.4); Reviewing records of NYS Dept. of State regarding ownership and resident agent (.6) | 1.80 | 207.00 |
| 11/6/2013 | Preparing letter to Clerk | 0.30 | 34.50 |
| 12/2/2013 | Preparing letter to Clerk | 0.30 | 34.50 |
| 3/6/2014 | Tasking dates set by Court in Scheduling Order | 0.50 | 57.50 |
| | SUBTOTAL: | [ 2.90 | 333.50] |
| | For professional services rendered | 84.90 | $35,183.50 |
| | Additional Charges : | | |
| | **Client Expense** | | |
| 10/31/2013 | Open/Close File Charge | | 225.00 |
| | Filing Fees | | 400.00 |
| | Title Search | | 200.00 |
| | Service of Process | | 135.00 |
| | Re-Inspection Fee(s) to disability group | | 750.00 |
| | Expert fee for pre-suit inspection and pre-suit report | | 2,625.00 |
| 12/2/2013 | Service of Process surcharge for Rush service | | 50.00 |
| 1/21/2014 | Photocopies | | 20.25 |
| 2/10/2014 | Telephone Charges | | 13.75 |
| 2/26/2014 | Airfare from Florida to N.Y. and from N.Y. to Florida to attend hearing ($500 divided by 2= $250) | | 250.00 |
| | Travel expenses - Hotel, food, taxi ($400 divided by 2= $200) | | 400.00 |
| | SUBTOTAL: | | [ 5,069.00] |
| | Total additional charges | | $5,069.00 |

|  | Amount |
|---|---:|
| Total amount of this bill | $40,252.50 |